FRANK GLINKA, Respondent, v. JAMES APUZZO, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

WALTER GLINKA, Respondent, v. JAMES APUZZO, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

FANNIE GOLDSTEIN, Respondent, v. GEORGE GOLDSMITH and Others, Defendants; WILLIAM LIBERMAN and SAMUEL GREENBERG, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for permission to withdraw election made on February 4, 1935, granted to the extent that the plaintiff may, within five days after the entry of the order, withdraw her election to restore the case to the calendar and accept the first option of payment and the tender made in that respect, on payment of ten dollars costs of the motion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

BEN S. GROSS, Appellant, v. EDDIE CANTOR, Defendant, and RADIO GUIDE, INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

BEATRICE J. HOPKINS, Respondent, v. TIDE WATER OIL SALES CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

In the Matter of the Judicial Settlement of the Account of RICHARD A. EAGLE, as Administrator of the Estate of CHARLES N. BUTLER, Late of Queens County, Deceased. HARRIET BAUMANN and Another, etc., Appellants; CENTRAL ISLIP STATE HOSPITAL, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

In the Matter of the Petition of ANTHONY BECHER, Petitioner, for the Removal of ARTHUR J. CASE, Police Justice of the Incorporated Village of Valley Stream, Respondent.— Proceeding to remove a police justice. As the matter is considered on the merits in Matter of Becher v. Case, No. 2 (ante, p. 375), decided herewith, this proceeding is dismissed because the term of office during which the proceeding was instituted expired December 31, 1934, and the question has become academic so far as it relates to that term of office. (Matter of Village of Lake George, 242 App. Div. 723.) Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.